**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 35

**IP Address:** 72.69.6.19  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1078F4278CA1A7FCAE79FED5D96A035214079372<br>File Hash:<br>A415960E8BC24052F5CD6AC3D66077A4EB319516A80B6797FFDB97C8025FB250 | 06/05/2024 02:34:38 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 2 | Info Hash: 4844705C599B1C7D81E89AF67D61B3281247C258<br>File Hash:<br>B0C49441E81A6ED706CA80EDED4AAE6E2A63FB31046D87906CA3F84B0261157D | 05/29/2024 02:28:34 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 3 | Info Hash: 543406805A25DC23DDA40C17DEF980E50426A5E0<br>File Hash:<br>706A2CBC43175C21BF2C5DFB65DDCC9A809B570AF8DE5E088FD84768F3D9EB65 | 05/20/2024 02:24:14 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 4 | Info Hash: 978F0FA230C51ABFEDE1E8D6B8265DAEDCB98E69<br>File Hash:<br>059970E4895537C34C6751526A503ADB4705976C9400EA07DFC3F54A13CA1600 | 05/20/2024 01:58:41 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 5 | Info Hash: 4D97FBB3380359EC0BC1F795C097B10913896F2D<br>File Hash:<br>FACAA04553D88D6014FA3D994AF210BA7FFF21B26ADEBA6AA57A1D005F9D0526 | 05/19/2024 21:21:30 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 6 | Info Hash: 1B714F6AD842B9DC156A57F59112DD362AC8BDF4<br>File Hash:<br>F97A714012EC7E69800961AD0FC1AAA29118FB50AA521546F46FE77E5CF36B7B | 05/16/2024 02:31:59 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 7 | Info Hash: 8A214035F597E852F14FDE39D7725DD87305BFF0<br>File Hash:<br>967D7A842D4E9E8BE62BFBC7D6AEAAD1F30064B77F7A204B067F5755E2C40FDC | 04/30/2024 02:43:12 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 8 | Info Hash: 5826A6AF69A40AEB1E2738E4514FEE4ED438D7DF<br>File Hash:<br>CAD71AB92B7D42A0E9BE8C0FE49ED66168FF5CECD1E5D1A9EB46DFE45668F986 | 04/27/2024 04:02:59 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 9 | Info Hash: 01C502F2E07F340F87F78EEED43074AF360D66DB<br>File Hash:<br>5A47F773D729629EEC7C01B26198B07F7C465D5263F0C4B6979CC09CD400A417 | 04/17/2024 02:36:24 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 10 | Info Hash: 615B2006B6F8FE84F05634E614462FCB5DEE7AB2<br>File Hash:<br>4B25FB60A5F0E2BC0497DD771D2A5CA6EAEBA3EF3F2297BE2A0D0F06EA7D618F | 04/09/2024 02:43:22 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 11 | Info Hash: 1B32E1B229B2331C97C01CE916EA543949C07986<br>File Hash:<br>580E4F2AA19C1D471A118481A146D35414FDBA8C4C4FA041FC229086E352BDD7 | 03/23/2024 02:34:14 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CAF0DE7AF77B608FF08E726CD4411E094553D9F3<br>File Hash:<br>560069997729F04A8AA9FC04940FEED16351796E811A931CB3E0ABC4F8A16D4C | 03/17/2024 03:53:26 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 13 | Info Hash: B15EF9CA1B8E6E56BAADE1CEDEDAEE141FB0546F<br>File Hash:<br>BFCA155D5D1ADB81D4BDE10F8C64242A74BF083FCEB4CE19B23D568EFB4EC300 | 03/17/2024 03:23:22 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 14 | Info Hash: E5E9405449EB45B05B5BD1C5AC6BA16EF35DDA4C<br>File Hash:<br>9A4BD1F4F88195CD1C263FEA3C1130F540C84CC7778FFBED02304DDFF250E1EC | 03/11/2024 03:08:08 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 15 | Info Hash: 860C42CCA3C3E33FD32235D34A3E7A64B8F67F8C<br>File Hash:<br>ED98CDAC16F156F0E94237A131393E198B892E1668C395EB673EF5244BB602B3 | 03/11/2024 03:02:29 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 16 | Info Hash: 2C45261BB78D50D26999C5B2AFC5A2581F7861BE<br>File Hash:<br>183A39EDAD90E4364652A994584A564C28A9601A76460432AB80AA417C804115 | 03/05/2024 03:26:49 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 17 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 03/05/2024 01:35:43 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 18 | Info Hash: 5A42DFE27602BD80A27CBD9D981D913FD087DBA2<br>File Hash:<br>7EFD4D4C6756289D24DF3595F71222392D04714E9D5B83A4107EA28C06ED70B9 | 03/05/2024 01:08:25 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 19 | Info Hash: 902940C849181D21A3DF4D4C6C1BE80CFBFAD9EC<br>File Hash:<br>9CF2543B22FBB69F54EA2DA649559EBA3A4F250CC2158B714F53377CFE348060 | 02/21/2024 04:00:13 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 20 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash:<br>1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 02/18/2024 11:48:40 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 21 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 02/13/2024 03:46:41 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 22 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 02/13/2024 03:46:27 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 23 | Info Hash: D9D8A74DE1E24EC01C00E309A490CC210F54C055<br>File Hash:<br>DD85C614EE6D9BB69585BDBCE51648E352FD472CE9340B1D41732C625BE42C65 | 02/13/2024 03:43:29 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash: C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 02/13/2024 03:40:45 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 25 | Info Hash: 8B20BF478CFB95C70CE62248D078EB8957BA7971<br>File Hash: F15A8084E6A752F407B5FAAD0FBE8682B745DD14B335425283AA4BFC37AF1FDC | 02/08/2024 02:28:55 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 26 | Info Hash: 2B6D6BDF887AB89FBEC89CA81D077FDF2608816B<br>File Hash: BAA4B14C618769C7571FBC2C44A3E7DA8E6C19A7E0C9765E1A70E2081357FFED | 02/05/2024 02:52:23 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 27 | Info Hash: 973A2B6C35D7985600011A11EE6C7DC864F96735<br>File Hash: CFC90F2D01C80849687B002B348F8AE181DB6523C638CD2BD4E67CB3F5C456B2 | 02/05/2024 00:58:49 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 28 | Info Hash: 94276047FB462D1079C128C237296EAD616795E8<br>File Hash: E325A2E2848B12AA00D4F3A8075EE1784DB559A7DCB66F2B748237E1BB5B022B | 02/05/2024 00:58:35 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 29 | Info Hash: 60FBFBA10E27BBF6F084E7F04AEA5D1A20082FA3<br>File Hash: BB8E35BA60A262D1C0F83DABD313879D1CB8E26680AA3AEE8E5B9659F0EC42FD | 02/03/2024 02:58:10 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 30 | Info Hash: 52436851D35E085EAED35AA84CCF26E6F1D81393<br>File Hash: B12EFA48025E7BE51B61118A9CA4DD7F69F6F9E2B09D5A7C9AD20B37C1F5298B | 02/03/2024 02:57:16 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 31 | Info Hash: 2859D8B669032F1D0ECDD39A791736D355406568<br>File Hash: 9BC16194B8966E35E3659E7BA5CE3DA2EC148F076B14CB9C1235BD95BF7FE0F1 | 02/03/2024 02:56:16 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 32 | Info Hash: A32BDCA457BA20D753D8D73F590AB36A02AB47C9<br>File Hash: 89AD53A898BD4DA272F1B32DC0091115520DCAA733499FA0C7419BA273DEB765 | 01/22/2024 00:03:12 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 33 | Info Hash: 470D70B35999DFB6477FCE2C56E687D162AB1F98<br>File Hash: CFFAC5CF152D6D10846405FFA593025AE9F435A55197B1F20617DB737FD7897B | 01/17/2024 03:32:17 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 34 | Info Hash: 7FD285FE8D98465FC4C720596E43125C4EE438B4<br>File Hash: 86FCFB193CBACD77D5D8953689FF8E225AA88B50937DE40F16A29FA0ABE6DA21 | 01/10/2024 02:58:08 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 35 | Info Hash: 09F245A9CD6C04687D3ADD108A6C07E1F213CB37<br>File Hash: CB06A0BFDCA74F113593C93795285ED8CAD43068075810F7EC1182E7FC2646EF | 01/06/2024 14:25:26 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |